UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80903-CIV-COHN/SELTZER

JAMES DONAHUE,

    Plaintiff,

v.

GLL US RETAIL, LP,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** has come before the Court upon the Stipulation for Dismissal with Prejudice DE [21] filed by the parties. The Court having reviewed the Stipulation and being otherwise duly informed therein, it is hereby

**ORDERED AND ADJUDGED** that this cause shall stand **DISMISSED WITH PREJUDICE.** The Court retains jurisdiction over this matter solely for the purpose of enforcement of their agreement. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** at Chambers, Fort Lauderdale, Florida, this 19th day of January, 2016.

JAMES I. COHN
United States District Judge